UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

January 2019 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>DREW JOSEPH HENRY,<br><br>　　　　Defendant. | CR No. 19- **CR19- 0353-MWF**<br><br>I N D I C T M E N T<br><br>[21 U.S.C. §§ 841(a)(1),<br>(b)(1)(C): Distribution of<br>Fentanyl Resulting in Death] |

The Grand Jury charges:

[18 U.S.C. §§ 841(a)(1), (b)(1)(C)]

On or about October 6, 2018, in Los Angeles County, within the Central District of California, defendant DREW JOSEPH HENRY knowingly

///
///
///
///
///
///
///

and intentionally distributed fentanyl, a Schedule II narcotic drug controlled substance, to N.A., whose death and serious bodily injury resulted from the use of such substance.

A TRUE BILL

/S/
Foreperson

NICOLA T. HANNA
United States Attorney

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

SCOTT M. GARRINGER
Assistant United States Attorney
Deputy Chief, Criminal Division

CHRISTINA T. SHAY
Assistant United States Attorney
Deputy Chief, General Crimes Section

BRITTNEY M. HARRIS
Assistant United States Attorney
International Narcotics, Money Laundering, and Racketeering Section