Michael S. Devereux  (State Bar No. 225240)
**WEXFORD LAW**
468 N. Camden Drive, Suite 200
Beverly Hills, California  90210
Telephone: (424) 444-0883

Attorney for Defendant, DREW JOSEPH HENRY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>DREW JOSEPH HENRY, et al,<br><br>                    Defendant. | Case No.: CR 19-00353-MWF<br><br>*EX PARTE* APPLICATION TO CONTINUE TRIAL AND TO EXTEND DEADLINE FOR EXPERT REPORTS; DECLARATION OF MICHAEL DEVEREUX; [PROPOSED] ORDER |

TO THE HONORABLE MICHAEL W. FITZGERALD, UNITED STATES DISTRICT JUDGE:

　　Defendant DREW JOSEPH HENRY (Mr. Henry), by and through their counsel of record, Michael S. Devereux, hereby applies *ex parte* for an order to continue the trial and to extending the deadline date for expert reports based upon good cause, the severe illness of defense counsel. The current deadline for expert reports is July 12, 2023. Counsel was ill again last week and now has surgery set for July 12, 2023.

In May 2023, Counsel submitted his medical records to the email address on the Court's website for Rita Sanchez.  On June 12, 2023, Counsel resubmitted his medical records to chambers and to Damon Berry.

Counsel recently contacted the Government and explained the situation. However, because of Counsel's recent setback and preparation for surgery he did not believe that he would be requesting the extension before his surgery so he does not have the Government's input.

Dated:  July 11, 2023

WEXFORD LAW,

*Michael S. Devereux*

Michael S. Devereux
Attorney for Defendant
DREW JOSEPH HENRY

DECLARATION OF MICHAEL DEVEREUX

1.  I am the attorney of record on this matter.  I am duly admitted to practice before, and before the United States District Courts, the Central District of California, the Eastern District of California, the Southern District of California, the Northern District of California, along with the Ninth Circuit Court of Appeals, and in all courts in the State of California. I have personal knowledge of the facts in this declaration.  If called upon as a witness I could and would competently testify to the contents hereof.

2.  DREW JOSEPH HENRY  is facing trial for one count of violating 21 USC §§ 841(a)(1), (b)(1)(c), distribution of fentanyl resulting in death.

3.  Expert witnesses were disclosed to the Government on or about April 14, 2023.

4.  Counsel has been working the best that he could in having experts in this matter appointed, but ran into a severe illness, appendicitis with a severe infection.

5.  The surgery team at Cedars-Sinai has scheduled the operation for July 12, 2023.

6.  I submitted medical records to the email address on the Court's website in May for a Rita Sanchez.

7.  On June 12, 2023, I submitted medical records again to chambers and to Damon Berry's email address that he uses for the CACD.

8. The medical records will show that Counsel has been ill since April and was hospitalized several times in May.

9. I am informed and believe that the recovery time from the surgery is 4-6 weeks.

10. Counsel suffered a setback last week.

11. The infection itself, causes a great deal of fatigue.

12. Due to the fatigue, I find it difficult to concentrate and have fallen behind in my practice.

13. I have contacted opposing counsel to notify them of my status. I did believe at the time that we spoke that I would not be submitting this request before the scheduled surgery since I was overwhelmed with the preparation thereof. Therefore, I do not have the government's position.

14. Because of the medical situation, Counsel has fallen behind on meeting with the experts.

I declare the foregoing to be true and correct under the penalty of perjury. EXECUTED on July 11, 2023, at Beverly Hills, California.

*Michael Devereux*
Michael Devereux