UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: CR 19-00353-MWF |
|---|---|
| Plaintiff, | [PROPOSED] ORDER OF THE COURT |
| v. | |
| DREW JOSEPH HENRY, et al, | |
| Defendant. | |

It is hereby ORDERED, to-wit, this _____ day of _____, 2023, upon consideration of the foregoing *Ex Parte Application to Continue Trial and to Extend Expert Reports*, it is hereby ORDERED, ADJUDGED AND DECREED that said application is GRANTED with a new trial set for _____ and to extend the deadline of expert reports to _____.

_____
HON. MICHAEL W. FITZGERALD
DISTRICT COURT JUDGE