UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- GENERAL

Case No.   **CR 19-353(A)-MWF**                                                                 Dated: July 19, 2023

================================================================================

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | Miriam Baird | Daniel H. Weiner |
| Courtroom Deputy | Court Reporter | Lindsay M. Bailey |
| | | Asst. U.S. Attorney |
| | | Present |

================================================================================

U.S.A. vs (Dfts listed below)                                    Attorneys for Defendants

1)   Drew Joseph Henry                                   1)   Michael Devereaux
     Not Present - Custody                                    Not Present - Retained
                                                              s/a by Edward Shkolnikov
                                                              Richard Raynor - Present
                                                              New appointed CJA counsel

---

**PROCEEDINGS:**        **HEARING ON THE EX PARTE APPLICATION [93]**
                        **COURT ORDER APPOINTING NEW COUNSEL**

Case called and appearances made. The hearing on the Ex Parte Application is held.

The Court hears from counsel regarding the Ex Parte Application. For reasons stated on the record, the ex parte application is denied.

The Court and counsel discuss the status of retained counsel. For reasons stated on the record, retained counsel Michael Devereaux is relieved as counsel of record. IT IS FURTHER ORDERED THAT Richard Raynor of the Federal Indigent Panel is appointed as counsel for defendant under the Criminal Justice Act. Richard

IT IS SO ORDERED.

cc: CJA Office
     CJA Richard Raynor

:12