FILED
CLERK, U.S. DISTRICT COURT
8/30/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: jb DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>        v.<br><br>DREW JOSEPH HENRY,<br><br>    Defendant. | No. CR 19-00353(A)-MWF<br><br>F I R S T<br>S U P E R S E D I N G<br>I N F O R M A T I O N<br><br>[21 U.S.C. §§ 841(a)(1),<br>(b)(1)(C): Possession with<br>Intent to Distribute Fentanyl] |

The United States Attorney charges:

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]]

On or about October 6, 2018, in Los Angeles County, within the Central District of California, defendant DREW JOSEPH HENRY

//

//

knowingly and intentionally possessed with intent to distribute fentanyl, a Schedule II narcotic drug controlled substance.

```
                              E. MARTIN ESTRADA
                              United States Attorney

                              MACK E. JENKINS
                              Assistant United States Attorney
                              Chief, Criminal Division


                              SCOTT M. GARRINGER
                              Assistant United States Attorney
                              Deputy Chief, Criminal Division

                              JOANNA M. CURTIS
                              Assistant United States Attorney
                              Chief, General Crimes Section

                              DANIEL H. WEINER
                              Assistant United States Attorney
                              General Crimes Section
```