UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- GENERAL

Case No.   **CR 19-353(A)-MWF**                                      Dated: September 13, 2023
================================================================
PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | Sheri Kleeger | Daniel H. Weiner |
|---|---|---|
| Courtroom Deputy | Court Reporter | Asst. U.S. Attorney |
|  |  | Present |

================================================================
U.S.A. vs (Dfts listed below)                         Attorneys for Defendants

1)   Drew Joseph Henry                       1)   Richard Raynor
     Not Present - Custody                        Present - Appointed

_____
**PROCEEDINGS:**     **WAIVER OF INDICTMENT AND ARRAIGNMENT;
                     CHANGE OF PLEA AND SETTING SENTENCING DATE**

Case called, and counsel make their appearance.

Defendant is given a copy of the First Superseding Information. Defendant acknowledges receipt of a copy and waives reading thereof. The Court questions the defendant regarding the Waiver of Indictment, and finds that defendant's Waiver of Indictment is knowingly and voluntarily made, and it is accepted by the Court. Waiver of Indictment executed by defendant is filed.

Defendant is sworn. Plea agreement is filed. The plea agreement is incorporated and made a part of this proceeding. Defendant withdraws his previously entered plea of not guilty and enters a plea of Guilty to First Superseding Information.

The Court questions the defendant regarding the plea of Guilty and finds a factual and legal basis for the plea. The Court finds that the defendant, Drew Joseph Henry, has entered his plea freely and voluntarily with a full understanding of the charges against him and the consequences of his plea. The Court finds that defendant understands his constitutional and

statutory rights and wishes to waive them.

The Court refers the defendant to the Probation Office for the preparation of a pre-sentence report and continues the matter to February 12, 2024, at 1:30 p.m., for sentencing.  The Jury Trial is hereby vacated.  The defendant and counsel are ordered to return on this date for Sentencing.

cc:     USPPO

**Counsel are notified that Federal Rule of Criminal Procedure 32 requires the parties to notify the Probation Officer, and each other, of any objections to the Presentence Report within fourteen (14) days of receipt.  Alternatively, counsel may file such objections not later than twenty-one (21) days before Sentencing.  The Court construes "objections" to include departure arguments.  Any party intending to move for a continuance of the Sentencing shall, not later than noon on the Monday preceding the Sentencing, notify opposing counsel and the Courtroom Deputy.  Strict compliance with the above is mandatory because untimely filings interfere with the Court's preparation for Sentencing.  Failure to meet these deadlines is grounds for sanctions.**