# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – SENTENCING AND JUDGMENT

( _____ Amended _____ )

Case No.   CR 19-353(A)-MWF                                     Date: February 12, 2024

Present: The Honorable:   Michael W. Fitzgerald, United States District Judge

| Rita Sanchez | Amy Diaz | Daniel Weiner |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| Defendant | Custody | Bond | Counsel for Defendant | Retd | DFPD | Panel | Interpreter |
|---|---|---|---|---|---|---|---|
| Drew Joseph Henry | X | | Richard W. Raynor | | | X | n/a |

**PROCEEDINGS:**   SENTENCING AND JUDGMENT       ☐ Contested   ☒ Non-Evidentiary
                   Day ___ (if continued from a prior hearing date)

☐ Refer to Judgment and Probation/Commitment Order; signed copy attached hereto.   **XX** Refer to separate Judgment Order.
☐ Imprisonment for ___ years/months on each of count(s) _____
  Count(s) _____ concurrent/consecutive to count(s) _____
☐ Fine of $ _____ is imposed on each of count(s) concurrent/consecutive.
☐ Execution/Imposition of sentence as to imprisonment only suspended on count(s) _____
☐ Confined in jail-type institution for _____ to be served on consecutive days/weekends
  commencing _____
☐ ___ years/months Supervised Release/Probation imposed on count(s) _____
☐ consecutive/concurrent to count(s) _____
  under the usual terms & conditions (see back of Judgment/Commitment Order) and the following additional terms and
  conditions, under the direction of the Probation Office:

  ☐ Perform _____ hours of community service _____. _____ fine amounts & times determined by P/O.
  ☐ Serve _____ in a CCC/CT _____ Make $ _____ restitution in amounts & times determined by PO.
  ☐ Participate in a program for treatment of narcotic/alcohol addiction.
Pay ☐ any fine imposed by this sentence & that remains unpaid at commencement of community supervision. Comply with
     rules/regulations of ICE, if deported not return to U.S.A. illegally and upon any reentry during period of supervision
     report to the nearest P/O within 72 hours.
  ☐ Other conditions: _____

☐ Pursuant to Section 5E1.2(e), all fines are waived, including costs of imprisonment & supervision. The Court finds the
  defendant does not have the ability to pay.
☐ Pay $ _____ per count, special assessment to the United States for a total of $ _____
☐ Imprisonment for ___ months/years and for a study pursuant to 18 USC _____
  with results to be furnished to the Court within ___ days/months whereupon the sentences shall be subject to modification. This
  matter is set for further hearing on _____
☐ Government's motion, all remaining count(s)/underlying indictment/information, ordered dismissed.
☐ Defendant informed of right to appeal.
☐ ORDER sentencing transcript for Sentencing Commis ☐. Processed statement of reasons
☐ Bond Exone ☐ d upon surrender ☐ upon service of _____
☐ Execution of sentence is stayed until 12 noon, _____
  at which time the defendant shall surrender to the designated facility of the Bureau of Prisons, or, if no designation made, to the
☐ Defendant ordered remanded to/released from custody of U.S. Marshal forthwith.
☐ Issued Remand/Release # _____
☐ Present bond to continue as bond on appeal ☐   Appeal bond set at $ _____
☐ Filed and distributed judgment.   ENTERED.
☒ Other **The Court sets a Restitution Hearing for 5/13/24 at 2:00 p.m. The defendant waives his presence at the hearing**
**and requests to be designated as soon as possible.**

cc: BOP, USPPO, USMS

                                                                                1:35
                                                      Initials of Deputy Clerk   rs