<u>DECLARATION OF STEPHEN LOVEMAN</u>

I, Stephen Loveman, declare as follows:

1. I am a Forensic Auditor in the United States Attorney's Office for the Central District of California. I have a B.S. in Business Administration with an accounting concentration from California Polytechnic State University, and a J.D. from Southwestern University School of Law in 1990. I am currently a member of the California Bar Association, my status is as an inactive member.

2. I have over thirty years of forensic auditing experience at the U.S. Attorneys Office in the Central District of California. This declaration is filed in support of the Government's Restitution Memorandum.

3. I have calculated an estimate of victim N.A.'s lost income as a result of his death in October 2018. I propose a lost-income figure of $312,989.79. I relied on the following methods and assumptions to arrive at this figure:

   a. Based on information provided to me by government counsel, which I understand was provided by the decedent's parents, I have estimated that N.A.'s estimated annual earnings as an electrician trainee at Electrical Solutions Provider were approximately $59,078.40.

      i. I estimated this amount based on two weekly paystubs for N.A. for the time period of 5/28/2018-6/3/2018 and 7/23/2018-7/29/2018. The first paystub had a weekly gross pay of $913.18 and the second had a gross pay of $1,541.03. Based on those two paystubs, I calculated N.A.'s average weekly pay at Electrical Solutions Provider to be $1,227.11. Thus, assuming 52 pay periods in

1 one year, I estimated that N.A.'s annual earnings would be
2 $63,809.46.

       ii. My estimate of N.A.'s annual earnings is also supported by N.A.'s 2018 taxes, which shows a gross income of $24,616. Based on information provided to me by the government, which I understand was provided by the decedent's parents, N.A. was unemployed from January 2018 to April 2018, and then had no income after October 2018 as a result of his death. Thus, the $24,616 represents income from approximately five months of N.A's employment. I therefore assume, based on N.A.'s 2018 tax filing, that N.A.'s yearly income would be $59,078.40. I will use this more conservative estimate of N.A.'s yearly income for my calculation.

    b. My estimate of lost income assumes that N.A.'s salary would not have changed for the entirety of his life. That is, N.A.'s salary would have remained constant over the years, instead of growing over time due to inflation and career progression, as likely would have occurred.

    c. The estimate of lost income is limited to lost wages. It does not include retirement or investment income. Moreover, to be conservative in the estimate of lost income, I did not include the value of any employment benefits, including health care, vacation days, or paid sick leave.

    d. The estimate of lost income further assumes that N.A. would have remained employed until the age of 62, the first year that a retiree can begin receiving Social Security retirement benefits. Because N.A. died when he was 25 years old, I therefore assume he had 37 remaining years of his work life. N.A. would thus have earned

income at his most recent salary of $59,078.40 during each of the 37 remaining years of his work life.

   e. I then calculated the net present value of N.A.'s lost future income to account for the time value of money.  By calculating the net present value of N.A.'s future lost income, I accounted for the fact that a lump sum of money today (e.g., the amount of restitution ordered by the Court at sentencing) is worth more than the same sum of money received over time (e.g., the income that N.A. would have received in the future), because a lump sum of money received today could be safely invested to yield more money in the future.  In calculating the net present value of N.A.'s lost future income, I used a discount rate of 4.51%, which represents the yield on a 30-year U.S. treasury security to its time of maturity as of April 3, 2024 (see Federal Reserve Bank of St. Louis, FRED Economic Data, available at https://fred.stlouisfed.org/series/DGS30).  Applying this discount rate reduces N.A.'s lost future income over the next 37 years to a net present value of $1,053,834.03.

   f. I further discounted the estimate of lost future income by 70.3% to account for personal consumption, i.e., the portion of income that would have been consumed by the decedent. That percentage is "applied to the total consumer unit pretax income to determine the necessary consumption allowance which is subtracted from the pretax earnings of the decedent" to arrive at the net economic loss to the estate of $312,989.79.  (Ex. 1 at 1.)

  4. Attached to my declaration as **Exhibit 1** is the Patton-Nelson Personal Consumption Tables, which was updated in 2019 and based on data from 2016 and 2017.  The Patton-Nelson Personal Consumption Tables can be used to determine the consumption offset,

which is the amount of income the decedent would have spent on himself. I used a consumption offset of 70.3% from Table 1 (page 4), which corresponds to a single individual residing in a one-person consumer unit, based on information provided to me that N.A. was unmarried at the time of his death and my estimate that his annual income was between $50,000 to $69,999.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on April 10, 2024.

_____
STEPHEN LOVEMAN

# EXHIBIT 1

Michael R. Ruble, Robert T. Patton, and David M. Nelson. 2019. Patton-Nelson Personal Consumption Tables 2016–17. *Journal of Legal Economics* 25(1–2): pp. 75–89.

# Patton-Nelson Personal Consumption Tables 2016–17

**Michael R. Ruble, Robert T. Patton, and David M. Nelson**

**Abstract:**   *The Patton-Nelson Personal Consumption Tables, a source widely referenced by forensic economists and attorneys, were last updated using 2011-12 data. The Bureau of Labor Statistics Consumer Expenditure Survey, 2016-17 was used to recalculate the consumption percentage tables for adult males and females employing the most current information available. When compared to the 2011-12 survey results, the 2016-17 study reveals slight to moderate increases in consumption percentages among consumer units depending on family size.*

    The Patton-Nelson Personal Consumption (PNPC) Tables were last updated in 2014 (Ruble, Patton, and Nelson 2014) using 2011-12 Bureau of Labor Statistic (BLS) Consumer Expenditure data. The resulting percentages are applied to total consumer unit pretax income to determine the necessary consumption allowance which is subtracted from the pretax earnings of the decedent in arriving at the loss to the estate.

    The PNPC Tables were first published nationally in 1991 (Patton and Nelson 1991). Since that time, the tables have been updated five times using 1994-95 BLS data (Lierman, Patton, and Nelson 1998) 1997-98 BLS data (Ruble, Patton, and Nelson 2000), 2000-01 BLS data (Ruble, Patton, and Nelson 2004), 2005-06 BLS data (Ruble, Patton, and Nelson 2009) and 2011-12 BLS data (Ruble, Patton, and Nelson 2014). In the 2000-01 version, the original model was modified slightly to include suggestions made by Bell and Taub 2002, by changing how certain consumer expenditures are allocated in determining the adult consumption within the consumer unit.

---

Michael R. Ruble, Ph.D., CPA, 1260 Thalen Drive, Lynden, WA 98264, 360-354-8749, E-mail: rublem747@msn.com

Robert T. Patton, Ph.D., 1100 Chuckanut Crest Lane, Bellingham, WA 98226, 360-305-7132, E-mail: bpatton916@msn.com

David M. Nelson, Ph.D., Department of Economics, College of Business and Economics, Western Washington University, Bellingham, WA 98225

In determining the economic loss to the estate in a wrongful death claim, the forensic economist must adjust past and future wage loss for that portion of earnings that would have been consumed by the decedent; "Therefore, any factor or percentage, which is used in this estimation process must necessarily relate to the earnings stream and consumer unit size of the decedent" (Ruble, Patton, and Nelson 2001). This percentage is applied to **total consumer unit income** to arrive at the amount of the consumption adjustment. Finally, the consumption amount is subtracted from the past and future wage loss to arrive at the net economic loss to the estate.

For purposes of determining a consumption percentage, total consumer unit income does not include any employer-paid benefits such as health care, disability insurance, employer FICA, etc., though these benefits may be an additional loss to the estate for multi-member households.

The BLS data are still the most current and comprehensive consumption data available. Data covering the two-year period of 2016-17 were obtained for use in this study. This data set is the current version of the BLS data used in the original 1991 article and all subsequent updates. The tables are presented and numbered in an identical manner as previous Patton-Nelson articles so that the reader can refer back to those earlier articles as necessary. The BLS data employed in this and previous PNPC Tables are grouped by income level as shown in Table 1. While additional precision may be gained by using the BLS detailed data, the authors have chosen to continue to use the grouped data to provide consumption percentage estimates consistent with prior studies. An alternative to the PNPC approach using BLS detailed micro-data has been employed by Krueger (2007a, 2007b, 2009, and 2015) in a series of articles focusing on both single and multi-member households.

Table 1 summarizes the 2016-17 BLS data by income level and consumer unit size. The table also contains two consumption percentages for each consumer unit size calculated by dividing income into current consumption (average consumer expenditures reduced by "pensions and social security") and into current consumption reduced for "vehicle purchases" and "household furnishings and equipment." The lower consumption percentage assumes that vehicle purchases and purchases for household furnishings and equipment give rise to asset accumulation equal to the amounts spent on those items. The higher consumption percentage assumes that there is no asset accumulation for households from money spent on vehicles purchases and for household furnishings and equipment. The actual value of consumer unit consumption costs falls somewhere between these two percentage figures as shown in Table 1.

With the death of a single individual residing in a one-person consumer unit, the determination of the consumption deduction is found using the percentage for current consumption in the first section (one person) of Table 1. However, if the individual is a part of a larger consumer unit then it is appropriate to apportion current consumption between the decedent and remaining members of the consumer unit. Table 2 is based on an analysis of expenditure categories in the BLS data to arrive at an estimate of incremental consumption for an adult male or female within each consumer unit size category across income levels for consumer units of two or more persons. Please note that the consumption percentage for a one-person consumer unit comes directly from Table 1, while the incremental consumption percentages for the other consumer unit sizes have been adjusted for indivisible expenditures in calculating the entries in Table 2.

In the last edition of the PNPC tables, the rationale behind the approach was repeated from the 1991 article, updated for the changes suggested by Bell and Taub (2002) as mentioned previously. For the convenience of the reader that rationale is again included in Appendix 1 of this article.

Regressions in natural log form were run on the data in Table 2 for each consumer unit[1] size and each gender to produce the following equations where X is the natural logarithm of the consumer unit income and Y is the natural logarithm of the percent of consumer unit income that would have been directly consumed by the deceased. The resulting regression equations are presented in Appendix 2.

Tables 3a (males) and 3b (females) contain the results of calculating the percentage of consumer unit income[2] that would have been consumed by an adult male or female who is now deceased. These are the figures, which are used to determine the magnitude of the adjustment for personal consumption costs in wrongful death or survival actions. For example, a female adult from a consumer unit of three having **total consumer unit income** of $75,000 would have personally consumed 17.6 % of that income, or $13,200, while a male adult from a consumer unit of the same size and income would have

---

[1] The data for the "$10,000 to $14,999" income category was not included in the regression analysis. It is considered unlikely that this income category would be encountered in forensic economics practice. In addition, it is probable that consumption is less related to income due to federal and state aid that is likely to be received by individuals in this income category, especially in larger families.

[2] Income as used here refers to gross consumer unit income rather than income after taxes and includes the gross income of all adults in the consumer unit, not just that of the deceased.

Table 1.   (2016-17) Summary of BLS Consumer Expenditure Survey

| Consumer Unit Size | Income Bracket | | | | | | |
|---|---|---|---|---|---|---|---|
| | $10,000 to $14,999 | $15,000 to $19,999 | $20,000 to $29,999 | $30,000 to $39,999 | $40,000 to $49,999 | $50,000 to $69,999 | $70,000 and over |
| **One Person** | | | | | | | |
| Average Income Before Taxes | $12,799 | $17,462 | $24,361 | $34,193 | $44,451 | $58,504 | $117,559 |
| Total Average annual expenditures Excluding Pensions and Social Security | $19,469 | $24,788 | $31,462 | $32,119 | $36,411 | $41,140 | $64,432 |
| As a % of Income | 152.1% | 142.0% | 129.1% | 93.9% | 81.9% | 70.3% | 54.8% |
| Total Average annual expenditures Excluding Pensions and Social Security, Vehicle Purchases and Household Furnishings and Equipment | $18,064 | $22,979 | $28,822 | $29,067 | $33,678 | $36,758 | $58,215 |
| As a % of Income | 141.1% | 131.6% | 118.3% | 85.0% | 75.8% | 62.8% | 49.5% |
| **Two Person** | | | | | | | |
| Average Income Before Taxes | $12,996 | $17,671 | $25,413 | $34,934 | $44,642 | $59,405 | $141,859 |
| Total Average annual expenditures Excluding Pensions and Social Security | $30,532 | $30,425 | $36,377 | $42,187 | $44,772 | $49,807 | $76,260 |
| As a % of Income | 234.9% | 172.2% | 144.3% | 120.8% | 100.3% | 83.8% | 53.8% |
| Total Average annual expenditures Excluding Pensions and Social Security, Vehicle Purchases and Household Furnishings and Equipment | $28,831 | $28,036 | $32,840 | $37,547 | $39,712 | $43,833 | $66,836 |
| As a % of Income | 221.8% | 158.7% | 129.2% | 107.5% | 89.0% | 73.8% | 47.1% |
| *(continued on next page)* | | | | | | | |

Table 1. (continued)

| Consumer Unit Size | Income Bracket | | | | | | |
|---|---|---|---|---|---|---|---|
| | $10,000 to $14,999 | $15,000 to $19,999 | $20,000 to $29,999 | $30,000 to $39,999 | $40,000 to $49,999 | $50,000 to $69,999 | $70,000 and over |
| **Three Person** | | | | | | | |
| Average Income Before Taxes | $13,192 | $17,607 | $24,953 | $34,784 | $44,875 | $59,459 | $147,011 |
| Total Average annual expenditures Excluding Pensions and Social Security | $25,503 | $31,169 | $31,561 | $39,501 | $42,703 | $49,182 | $80,971 |
| As a % of Income | 193.3% | 177.0% | 126.5% | 113.6% | 95.2% | 82.7% | 55.1% |
| Total Average annual expenditures Excluding Pensions and Social Security, Vehicle Purchases and Household Furnishings and Equipment | $23,461 | $27,613 | $28,007 | $34,706 | $37,988 | $43,311 | $71,966 |
| As a % of Income | 177.8% | 156.8% | 112.2% | 99.8% | 84.7% | 72.8% | 49.0% |
| **Four Person** | | | | | | | |
| Average Income Before Taxes | $12,861 | $17,656 | $25,427 | $34,915 | $44,841 | $60,229 | $159,034 |
| Total Average annual expenditures Excluding Pensions and Social Security | $29,873 | $31,222 | $33,320 | $39,140 | $43,199 | $50,778 | $87,164 |
| As a % of Income | 232.3% | 176.8% | 131.0% | 112.1% | 96.3% | 84.3% | 54.8% |
| Total Average annual expenditures Excluding Pensions and Social Security, Vehicle Purchases and Household Furnishings and Equipment | $26,491 | $28,775 | $29,431 | $35,160 | $39,052 | $44,952 | $77,194 |
| As a % of Income | 206.0% | 163.0% | 115.7% | 100.7% | 87.1% | 74.6% | 48.5% |

*(continued on next page)*

80

Journal of Legal Economics Volume 25, Number 1–2, September 2019, pp. 75–89.

Table 1.   (continued)

| Consumer Unit Size | Income Bracket | | | | | | |
|---|---|---|---|---|---|---|---|
| | $10,000 to $14,999 | $15,000 to $19,999 | $20,000 to $29,999 | $30,000 to $39,999 | $40,000 to $49,999 | $50,000 to $69,999 | $70,000 and over |
| **Five or More Person** | | | | | | | |
| Average Income Before Taxes | $12,573 | $17,919 | $25,327 | $34,860 | $44,977 | $59,994 | $137,608 |
| Total Average annual expenditures Excluding Pensions and Social Security | $36,786 | $32,082 | $36,727 | $41,215 | $44,289 | $53,992 | $82,859 |
| As a % of Income | 292.6% | 179.0% | 145.0% | 118.2% | 98.5% | 90.0% | 60.2% |
| Total Average annual expenditures Excluding Pensions and Social Security, Vehicle Purchases and Household Furnishings and Equipment | $32,556 | $30,518 | $32,983 | $34,981 | $39,150 | $46,700 | $73,342 |
| As a % of Income | 258.9% | 170.3% | 130.2% | 100.3% | 87.0% | 77.8% | 53.3% |

**Figure 1. Male Consumption Percentage 2016-17**



consumed 17.1 % of that income, or $12,825, using Tables 3b and 3a, respectively. This represents the annual consumption cost that should be used as the adjustment in calculating the economic loss in a wrongful death claim.

The data in Tables 3a and 3b are also presented graphically in Figure 1 (males) and Figure 2 (females). These figures demonstrated the inverse relationship between income and consumption percentages consistent with the underlying premise of the PN Tables.

The percentages in Tables 3a and 3b, when compared to the 2011-12 PN Tables, show slightly higher average personal consumption for both adult males and females across all multi- person consumer units (averaging 1.5%). The percentages for one-person consumer units were higher by 12.1% for incomes of $60,000 and below and 6.5% for incomes greater than $60,000. A comparison of the current BLS data to 2011-12 revealed that average income for one-person households declined by 0.7% while average annual expenditures increased by

Table 2. (2016-17) Consumption Costs for Adults as Percent of Income from Analysis of BLS Consumer Expenditure Survey

| Family Size | Consumer Unit Income Bracket | | | | | | |
|---|---|---|---|---|---|---|---|
| | $10,000 to $14,999 | $15,000 to $19,999 | $20,000 to $29,999 | $30,000 to $39,999 | $40,000 to $49,999 | $50,000 to $69,999 | $70,000 and over |
| **One Person** | | | | | | | |
| Average Income | $12,799 | $17,462 | $24,361 | $34,193 | $44,451 | $58,504 | $117,559 |
| Male Consumption | 152.1% - 141.1% | 142.0% - 131.6% | 129.1% - 118.3% | 93.9% - 85.0% | 81.9% - 75.8% | 70.3% - 62.8% | 54.8% - 49.5% |
| Female Consumption | 152.1% - 141.1% | 142.0% - 131.6% | 129.1% - 118.3% | 93.9% - 85.0% | 81.9% - 75.8% | 70.3% - 62.8% | 54.8% - 49.5% |
| **Two Person** | | | | | | | |
| Average Income | $12,996 | $17,671 | $25,413 | $34,934 | $44,642 | $59,405 | $141,859 |
| Male Consumption | 71.9% | 53.0% | 46.4% | 39.1% | 31.7% | 27.2% | 16.4% |
| Female Consumption | 74.9% | 54.7% | 47.0% | 39.3% | 32.3% | 27.4% | 16.7% |
| **Three Person** | | | | | | | |
| Average Income | $13,192 | $17,607 | $24,953 | $34,784 | $44,875 | $59,459 | $147,011 |
| Male Consumption | 46.7% | 43.0% | 29.6% | 26.9% | 21.7% | 19.0% | 12.3% |
| Female Consumption | 47.4% | 44.7% | 30.0% | 26.9% | 22.7% | 19.4% | 12.6% |
| **Four Person** | | | | | | | |
| Average Income | $12,861 | $17,656 | $25,427 | $34,915 | $44,841 | $60,229 | $159,034 |
| Male Consumption | 43.7% | 32.9% | 25.0% | 21.3% | 18.0% | 15.9% | 10.3% |
| Female Consumption | 46.5% | 33.7% | 25.6% | 21.4% | 18.3% | 16.2% | 10.5% |
| *(continued on next page)* | | | | | | | |

82

Journal of Legal Economics Volume 25, Number 1–2, September 2019, pp. 75–89.

Ruble, Patton, and Nelson:"Patton-Nelson Personal Consumption Tables 2016–17"

Table 2. (continued)

| Family Size | Consumer Unit Income Bracket | | | | | | |
|---|---|---|---|---|---|---|---|
| | $10,000 to $14,999 | $15,000 to $19,999 | $20,000 to $29,999 | $30,000 to $39,999 | $40,000 to $49,999 | $50,000 to $69,999 | $70,000 and over |
| Five or More Person | | | | | | | |
| Average Income | $12,573 | $17,919 | $25,327 | $34,860 | $44,977 | $59,994 | $137,608 |
| Male Consumption | 44.7% | 23.1% | 21.6% | 18.6% | 14.6% | 14.0% | 8.5% |
| Female Consumption | 45.2% | 22.8% | 23.0% | 19.6% | 14.4% | 14.1% | 8.8% |

**Table 3a.   (2016-17) Incremental Consumption Cost Percentage - Males**

| Income Level $ | Consumer Unit Size | | | | |
|---|---|---|---|---|---|
| | 1<br>Low – High | 2 | 3 | 4 | 5 + |
| | Male | | | | |
| 20,000 | 127.0 – 131.3 | 51.6 | 36.3 | 28.8 | 23.3 |
| 25,000 | 112.6 – 116.7 | 45.3 | 32.0 | 25.7 | 20.8 |
| 30,000 | 102.1 – 105.9 | 40.8 | 28.8 | 23.4 | 19.0 |
| 35,000 | 94.0 – 97.6 | 37.3 | 26.4 | 21.6 | 17.5 |
| 40,000 | 87.5 – 91.0 | 34.5 | 24.5 | 20.1 | 16.4 |
| 45,000 | 82.1 – 85.5 | 32.2 | 22.9 | 19.0 | 15.4 |
| 50,000 | 77.6 – 80.9 | 30.3 | 21.6 | 17.9 | 14.6 |
| 55,000 | 73.7 – 76.9 | 28.7 | 20.4 | 17.1 | 13.9 |
| 60,000 | 70.4 – 73.4 | 27.2 | 19.5 | 16.3 | 13.3 |
| 65,000 | 67.4 – 70.4 | 26.0 | 18.6 | 15.7 | 12.8 |
| 70,000 | 64.8 – 67.7 | 24.9 | 17.8 | 15.1 | 12.3 |
| 75,000 | 62.4 – 65.3 | 23.9 | 17.1 | 14.5 | 11.9 |
| 80,000 | 60.3 – 63.1 | 23.1 | 16.5 | 14.1 | 11.5 |
| 85,000 | 58.4 – 61.1 | 22.3 | 16.0 | 13.6 | 11.2 |
| 90,000 | 56.6 – 59.3 | 21.5 | 15.5 | 13.2 | 10.9 |
| 95,000 | 55.0 – 57.6 | 20.9 | 15.0 | 12.9 | 10.6 |
| 100,000 | 53.5 – 56.0 | 20.3 | 14.6 | 12.5 | 10.3 |
| 110,000 | 50.8 – 53.3 | 19.2 | 13.8 | 11.9 | 9.8 |
| 120,000 | 48.5 – 50.9 | 18.2 | 13.1 | 11.4 | 9.4 |
| 130,000 | 46.4 – 48.8 | 17.4 | 12.6 | 10.9 | 9.0 |
| 140,000 | 44.6 – 46.9 | 16.7 | 12.0 | 10.5 | 8.7 |
| 150,000 | 43.0 – 45.2 | 16.0 | 11.6 | 10.2 | 8.4 |
| 160,000 | 41.5 – 43.7 | 15.4 | 11.2 | 9.8 | 8.1 |
| 170,000 | 40.2 – 42.3 | 14.9 | 10.8 | 9.5 | 7.9 |
| 180,000 | 39.0 – 41.1 | 14.4 | 10.4 | 9.2 | 7.6 |
| 190,000 | 37.9 – 39.9 | 13.9 | 10.1 | 9.0 | 7.4 |
| 200,000 | 36.8 – 38.8 | 13.5 | 9.8 | 8.8 | 7.2 |

12.1%. Expenditure categories that accounted for most of the difference were Food, Housing and Healthcare. The increase in expenditure percentages is consistent with the increase in the consumption percentages is Tables 3a and 3b.

Table 3b.  (2016-17) Incremental Consumption Cost Percentage – Females

| Income Level $ | Consumer Unit Size | | | | |
|---|---|---|---|---|---|
| | 1 Low – High | 2 | 3 | 4 | 5 + |
| | Female | | | | |
| 20,000 | 127.0 – 131.3 | 52.5 | 37.2 | 29.4 | 23.7 |
| 25,000 | 112.6 – 116.7 | 46.1 | 32.7 | 26.2 | 21.2 |
| 30,000 | 102.1 – 105.9 | 41.5 | 29.5 | 23.8 | 19.3 |
| 35,000 | 94.0 – 97.6 | 37.9 | 27.0 | 22.0 | 17.9 |
| 40,000 | 87.5 – 91.0 | 35.0 | 25.1 | 20.5 | 16.7 |
| 45,000 | 82.1 – 85.5 | 32.7 | 23.5 | 19.3 | 15.8 |
| 50,000 | 77.6 – 80.9 | 30.7 | 22.1 | 18.3 | 15.0 |
| 55,000 | 73.7 – 76.9 | 29.1 | 20.9 | 17.4 | 14.3 |
| 60,000 | 70.4 – 73.4 | 27.6 | 19.9 | 16.6 | 13.7 |
| 65,000 | 67.4 – 70.4 | 26.4 | 19.0 | 15.9 | 13.1 |
| 70,000 | 64.8 – 67.7 | 25.3 | 18.3 | 15.3 | 12.6 |
| 75,000 | 62.4 – 65.3 | 24.3 | 17.6 | 14.8 | 12.2 |
| 80,000 | 60.3 – 63.1 | 23.4 | 16.9 | 14.3 | 11.8 |
| 85,000 | 58.4 – 61.1 | 22.5 | 16.3 | 13.9 | 11.5 |
| 90,000 | 56.6 – 59.3 | 21.8 | 15.8 | 13.5 | 11.1 |
| 95,000 | 55.0 – 57.6 | 21.1 | 15.3 | 13.1 | 10.8 |
| 100,000 | 53.5 – 56.0 | 20.5 | 14.9 | 12.7 | 10.6 |
| 110,000 | 50.8 – 53.3 | 19.4 | 14.1 | 12.1 | 10.1 |
| 120,000 | 48.5 – 50.9 | 18.4 | 13.4 | 11.6 | 9.6 |
| 130,000 | 46.4 – 48.8 | 17.6 | 12.8 | 11.1 | 9.3 |
| 140,000 | 44.6 – 46.9 | 16.8 | 12.3 | 10.7 | 8.9 |
| 150,000 | 43.0 – 45.2 | 16.2 | 11.8 | 10.3 | 8.6 |
| 160,000 | 41.5 – 43.7 | 15.6 | 11.4 | 10.0 | 8.3 |
| 170,000 | 40.2 – 42.3 | 15.0 | 11.0 | 9.7 | 8.1 |
| 180,000 | 39.0 – 41.1 | 14.5 | 10.7 | 9.4 | 7.9 |
| 190,000 | 37.9 – 39.9 | 14.1 | 10.4 | 9.1 | 7.6 |
| 200,000 | 36.8 – 38.8 | 13.7 | 10.1 | 8.9 | 7.4 |

**Figure 2. Female Consumption Percentages 2016-17**



## Conclusions

Updated consumption percentages using the revised Patton-Nelson model (Ruble, Patton, Nelson 2004) have been calculated and presented. The use of consumption percentages based upon total consumer unit pretax income continues to be the most appropriate approach for estimating the consumption adjustment in wrongful death actions. The 2016-17 Patton-Nelson consumption percentages provide forensic economists with a practical and conceptually defensible tool in determining this adjustment.

The consumption and income data used in this study were collected over a two-year period (2016-2017). As a result, it contains an averaging of price and income levels over that two-year period. Therefore, if the forensic economist finds it necessary to deflate current income in using Table 3, it should be rolled back to the beginning of 2017. The selection of an appropriate deflation rate is a matter of professional judgment but should reflect the wage growth from the beginning of 2017 to the present. It could be a rate specific to the situation, the region or a national rate as data are available and reliable.

86

*Journal of Legal Economics*
Volume 25, Number 1–2, September 2019, pp. 75–89.

# References

Bell, Edward B., and Allan J. Taub. 2002. Adult Consumption Ratios: An Alternative Approach. *Journal of Forensic Economics* 15(1): pp. 1-18.

Boudreaux, Kenneth. 1999. Patton & Nelson Revisited: Is Income Important? *Journal of Forensic Economics* 12(3): pp. 255-265.

Krueger, Kurt V. 2007a. Two Definitional Issues with the Patton-Nelson Personal Consumption Tables: A Comment. *Journal of Forensic Economics* 20(3): pp. 251-253.

_____. 2007b. Personal Consumption by Husbands and Wives. *Journal of Forensic Economics* 20 (1): pp. 15-30.

_____. 2011. Personal Consumption and Single Persons. *Journal of Forensic Economics* 22(2): pp. 143-163.

_____. 2015. Personal Consumption by Family Type and Household Income. *Journal of Forensic Economics* 25(2): pp. 203-220.

Lierman, Walter K., Robert T. Patton, and David M. Nelson. 1998. Patton-Nelson Personal Consumption Tables Updated. *Journal of Forensic Economics* 11(1): pp. 3-7.

Patton, Robert T., and David M. Nelson. 1991. Estimating Personal Consumption Costs in Wrongful Death Cases. *Journal of Forensic Economics* 4(2): pp. 233-240.

Ruble, Michael R., Robert T. Patton, and David M. Nelson. 2000. Patton-Nelson Personal Consumption Tables 1997-98 Update. *Journal of Forensic Economics* 13(3): pp. 303-307.

_____. 2001. It's All About Income! A Response to "Patton & Nelson Personal Consumption Revisited: Is Income Important?" *Journal of Forensic Economics* 14(2): pp. 175-176.

_____. 2004. Patton-Nelson Personal Consumption Tables 2000-01: Updated and Revised. *Journal of Forensic Economics* 15(3): pp. 295-301.

_____. 2005. Patton-Nelson Personal Consumption Tables 2000-01 Update. In *Economic Foundations of Injury and Death Damages* edited by Roger T. Kaufman, James D. Rodgers, and Gerald D. Martin: pp. 541-547. Northampton, MA: Edward Elgar Publishing, Inc.

_____. 2007. Patton-Nelson Personal Consumption Tables 2005-06. *Journal of Forensic Economics* 20(3): pp. 217-226.

_____. 2009. Two Definitional Issues with the Patton-Nelson Personal Consumption Tables: A Reply. *Journal of Forensic Economics* 21(1): pp. 109-112.

_____. 2014. Patton-Nelson Personal Consumption Tables 2011-12. *Journal of Legal Economics* 21(1): pp. 41-55.

U.S. Department of Labor, Bureau of Labor Statistics, *Consumer Expenditure Survey, 2016-17*. Washington, D.C.

## Appendix 1

*Rationale used in developing PNPC Tables*

Expenditure categories of the *Consumer Expenditure Survey* were examined to make determinations as to those expenditures that were divisible (variable based on consumer unit (family) size or number of adults) and those that were undividable (continued on after loss of a consumer unit (family) member) and to make adjustment for families of two or more individuals as follows:

"**Food**" expenditures were divided by the number of persons in the family. The resulting per-person amount was treated as a consumption cost for both a male and female adult.

"**Alcoholic beverages**" were divided by the number of adults. The resulting per adult amount was treated as a consumption cost for both a male and female adult.

All **housing expenditures** were considered to be indivisible except for "**utilities**" and "**housekeeping supplies**". Three fourths of these two categories were considered to be indivisible while the remaining 25% was divided by the number of persons in the family. The resulting per-person amount was treated as a consumption cost for both a male and female adult.

In the "**apparel and services**" category all of the expenditures for "**men, 16 and over**" were included as consumption costs for a male adult and all of the expenditures for "**women, 16 and over**" were included as consumption costs for a female adult. In addition, "**footwear**" and "**other apparel products and services**" were divided by the number of persons in the family with the resulting per person amount was treated as a consumption cost for both a male and female adult.

"**Transportation**" expenditures were divided by the number of adults. The resulting per adult amount was treated as a consumption cost for both a male and female adult.

All **"healthcare," "entertainment," "personal care products and services," "reading,", "education,"** and **"miscellaneous"** expenditures were divided by the number of persons in the family. The resulting per-person amount was treated as a consumption cost for both a male and female adult.

All **"tobacco products and smoking supplies,"** and **"life and other personal insurance"** were divided by the number of adults. The resulting per adult amount was treated as a consumption cost for both a male and female adult.

**"Pensions and Social Security"** are not included as part of current consumption. "The expenditures for pensions and social security provide for consumption during the retirement years and the authors treat this issue separately by calculating and deducting the individual's actual expected expenditures for pensions and social security contributions for each case. The deduction of these costs is then treated as an offset against probable personal consumption expenditures after retirement." (Patton & Nelson, 1991)

**Appendix 2.   Equations for Natural Log of Average Consumption Percentage Regressed on Natural Log of Average Income (6 observations per regression)**
2016-2017

| Consumer Unit Size | | Adult Males | Adjusted $R^2$ |
|---|---|---|---|
| | | Equation | |
| 1 | High | Y = 10.113743 - 0.528759 X | 0.9618 |
| | Low | Y = 10.166497 - 0.542448 X | 0.9599 |
| 2 | | Y = 9.695999 - 0.580564 X | 0.9918 |
| 3 | | Y = 9.202364 - 0.566625 X | 0.9694 |
| 4 | | Y = 8.489808 - 0.517800 X | 0.9836 |
| 5 or More | | Y = 8.173453 - 0.507424 X | 0.9710 |
| Consumer Unit Size | | Adult Females | $R^2$ |
| | | Equation | |
| 1 | High | Y = 10.113743 - 0.528759 X | 0.9618 |
| | Low | Y = 10.166497 - 0.542448 X | 0.9599 |
| 2 | | Y = 9.752439 - 0.584727 X | 0.9950 |
| 3 | | Y = 9.235227 - 0.567485 X | 0.9654 |
| 4 | | Y = 8.521435 - 0.519094 X | 0.9815 |
| 5 or More | | Y = 8.063228 - 0.479905 X | 0.9368 |

Ruble, Patton, and Nelson:"Patton-Nelson Personal Consumption Tables 2016–17"                                                                 89