```
E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
DANIEL H. WEINER (Cal. Bar No. 329025)
Assistant United States Attorney
International Narcotics, Money Laundering,
 and Racketeering Section
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0813
     Facsimile: (213) 894-0141
     E-mail:    daniel.weiner@usdoj.gov
```

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 19-00353-MWF |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| DREW JOSEPH HENRY, | |
| Defendant. | |

The Court has reviewed the government's Unopposed Ex Parte Application for Order Sealing Document (the "Application"). (Docket No. 127). For good cause shown, the Application is GRANTED and IT IS HEREBY ORDERED that Exhibits A-G to the government's Restitution Memorandum shall be filed and kept under seal until further order of the Court.

Dated: April 15, 2024

_____
MICHAEL W. FITZGERALD
United States District Judge